CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 26 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Linda Bright
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KIMBERLY DAWN RATLIFFE,<br>　　Petitioner, | Civil Action No. 7:05-cv-00668 |
| v. | **FINAL ORDER** |
| WARDEN, POCAHONTAS<br>CORRECTIONAL UNIT,<br>　　Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 26th day of September, 2006.

　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　Senior United States District Judge